**George W. WINGO, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 2009–3012.

United States Court of Appeals,
Federal Circuit.

July 8, 2009.

Hope H. Camp, Jr., Hope H. Camp, Jr., P.C., of San Antonio, TX, argued for petitioner.

Michelle A. Windmueller, Appellate Counsel, Law Department, United States Postal Service, Office of the General Counsel, Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, and Lori J. Dym, Chief Counsel, Appellate Litigation, Law Department, Office of the General Counsel, United States Postal Service, Washington, DC.

Before MAYER, PROST, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.